IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-435-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**DENNIS CARILLO,**

       Defendant.

**MINUTE ORDER
SETTING TRIAL DATE AND OTHER DEADLINES**

Judge John L. Kane **ORDERS**

       All pretrial motions in this matter are due on or before **December 8, 2008;** responses to these motions are due **December 22, 2008**. It is

       FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **January 5, 2008, at 4:00 p.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

       FURTHER ORDERED that a **3-day jury trial** is set for **January 12, 2009 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: November 17, 2008